UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00224-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| DONYELL BOUSHON MINOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendant's Motion to Reconsider Motion for Compassionate Release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). See Doc. No. 29. For reasons explained in the Court's prior Order, Defendant's Motion is denied. See Doc. No. 28. Specifically, having considered the state of the COVID-19 pandemic—both generally and within Defendant's place of imprisonment—Defendant's criminal history, his disciplinary record while imprisoned, and his age and medical conditions, the Court found that, on balance, the weight of this evidence and the § 3553(a) factors counsel against release. As explained by the Government in its response brief—and as adopted by the Court—Defendant failed to present "extraordinary and compelling reasons" warranting a reduction. See Doc. No. 27 at 15–17. And, even assuming Defendant did present such a reason, the danger that Defendant poses to the community and the § 3553(a) factors weigh against release. See id. at 2 (noting Defendant's criminal history includes convictions for driving after consuming, possessing with intent to distribute cocaine after violating probation, assaulting a female, and maintaining a vehicle or dwelling for controlled substances).

# ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Reconsider Motion for Compassionate Release, Doc. No. 29, is **DENIED**.

Signed: July 22, 2020

Max O. Cogburn Jr.
United States District Judge