UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-224-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| DONYELL BOUSHON MINOR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Defendant's Motion for Reconsideration, (Doc. No. 31) of the Court's prior denial of his Motion for Reconsideration of the Court's original denial of Defendant's Motion for Compassionate Release due to COVID-19. The current Motion for Reconsideration, (Doc. No. 31), is denied for same reasons that the Court denied Defendant's prior motion.

Signed: September 11, 2020

Max O. Cogburn Jr.
United States District Judge