UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-224-MOC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| DONYELL BOUSHON MINOR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** comes before the Court on Defendant's Motion for Reconsideration of this Court's denial of Defendant's Motion for Compassionate Release/Reduction of Sentence on the grounds that he failed to exhaust his administrative remedies. (Doc. No. 45). Defendant contends in the motion for reconsideration that he has now exhausted his administrative remedies.

The Court instructs the Government to file a response to Defendant's motion within 20 days. Specifically, if the Government agrees that Defendant has exhausted his administrative remedies as to his latest motion for compassionate release, the Government may address the merits of Defendant's underlying motion for compassionate release.

**IT IS SO ORDERED.**

Signed: September 8, 2021

Max O. Cogburn Jr.
United States District Judge